## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 19-cv-02152 RGA |
| v. | **CLASS ACTION COMPLAINT** |
| BARCLAYS BANK DELAWARE, a national banking association, and PREMIER UNION TRUST, LLC, d/b/a SECOND CHOICE HORIZON, a Florida limited liability company, | **JURY TRIAL DEMANDED** |
| Defendants. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Taylor Smith to represent Plaintiff in this matter.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Jared T. Green
JARED T. GREEN (#5179)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
302-888-7606

Attorneys for Plaintiff and the Class

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
United States District Judge

5

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 11/15/19

Taylor Smith
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809