## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA ABBOUD, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE, a national banking association, and PREMIER UNION TRUST, LLC, d/b/a SECOND CHOICE HORIZON, a Florida limited liability company,<br><br>     Defendants. | Case No. 1:19-cv-02152-RGA<br><br>**Notice of Voluntary Dismissal As To Barclays Bank Delaware** |

PLEASE TAKE NOTICE that Plaintiff Monica Abboud, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this lawsuit against Defendant Barclays Bank Delaware ("Barclays") without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Barclays has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings without prejudice as to Defendant Barclays in accordance with Rule 41(a)(1). The claims against Defendant Premier Union Trust, LLC remain in effect.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 23, 2019 | **MONICA ABBOUD**, individually and on behalf of all others similarly situated, |
|  | By:  s/          Jared T. Green          |
|  | Jared T. Green (DE5179)<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>jtgreen@svglaw.com<br>Tel: 302-888-0600<br>Fax: 302-888-0606 |
|  | Steven L. Woodrow<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso<br>ppeluso@woodrowpeluso.com<br>Taylor Smith<br>tsmith@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
|  | Attorneys for Plaintiff and the Class |

**CERTIFICATE OF SERVICE**

    I, Jared T. Green, an attorney, hereby certify that on December 23, 2019, I served the above and foregoing papers by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                              /s/ Jared T. Green   (DE5179)